# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | CRIMINAL ACTION |
| v. | : | NO. 19-270 |
| | : | |
| MARK GREEN, | : | |
|     *Defendant*. | : | |

## ORDER

AND NOW, on this 11th day of March, 2021, upon consideration of Defendant's Motion to Suppress Physical Evidence (ECF No. 32) it is hereby ORDERED that said Motion is DISMISSED AS MOOT.

BY THE COURT:

*/s/ C. Darnell Jones, II*
C. DARNELL JONES, II   J.