IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CRIMINAL NO. 19-270 |
| MARK GREEN | : |

**ORDER**

AND NOW, this ___8th____ day of _November__, 2021, upon consideration of the within Motion, it is hereby

**O R D E R E D**

that the government's Motion is GRANTED and the indictment in the above-captioned matter is DISMISSED without prejudice.

BY THE COURT:

*/s/* C. Darnell Jones, II
_____
**HON. C. DARNELL JONES, II**
**UNITED STATES DISTRICT JUDGE**